Certificate Number: 03621-NE-CC-032924137



03621-NE-CC-032924137

# C<span>ERTIFICATE</span> O<span>F</span> C<span>OUNSELING</span>

I CERTIFY that on June 5, 2019, at 3:02 o'clock PM EDT, Aprilbie Q Bunting received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Nebraska, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 5, 2019     By:  /s/Bill Sheehan

Name:  Bill Sheehan

Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).