**PAPILLION-LAVISTA PUBLIC SCHOOLS**
420 SO. WASHINGTON ST
PAPILLION,NE 68046-

| CHECK DATE | CHECK NO. |
|---|---|
| 6/14/2019 | V284614 |



AMOUNT  ***********

P<sub>AY</sub> ******************VOID CHECK***************



TO THE ORDER OF
APRILBIE QUIZAN BUNTING
11840 S 73RD CT APT 309
PAPILLION, NE
68046

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 146 | 101461 | 6/30/2019 | V284614 | 6/14/2019 |

| | Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | | Current | Year to Date |
| ELEMENTARY FO | 49.37 | 12.53 | 618.58 | 3,186.83 | FICA | 38.35 | 199.51 | | 38.35 | 199.51 |
| ILLNESS | | | .00 | 31.33 | MEDICARE | 8.97 | 46.65 | | 8.97 | 46.65 |
| | | | | | DIRECT DEP | 571.26 | 2,972.00 | | .00 | 0.00 |
| **Totals** | 49.37 | | 618.58 | 3,218.16 | **Totals** | 618.58 | 3,218.16 | | 47.32 | 246.16 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay |
|---|---|---|---|---|---|---|
| SICK/FAMIL | 16.00 | 2.50 | 13.50 | VERIDIAN CREDIT UNION | 571.26 | 0.00 |
| PERSONAL | 4.00 | 2.00 | 2.00 | | | Employee |
| MISC. | 0.00 | 0.00 | 0.00 | | | APRILBIE BUNTING |

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS | 4 | 4 |

**Notes:**