United States Bankruptcy Court
District of Nebraska

In re:                                                                  Case No. 19-81146-SKH
Michael David Bunting                                                   Chapter 7
Aprilbie Quizan Bunting
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0867-8          User: autodocke          Page 1 of 2          Date Rcvd: Aug 05, 2019
                              Form ID: B309A           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
db/jdb         +Michael David Bunting,    Aprilbie Quizan Bunting,    11274 S 117th Ave,
                 Papillion, NE 68046-3211
4975922        +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
4975925        +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
4975928        +Gurstel Law Firm,    10110 Nicholas Street, Suite 203,    Omaha, NE 68114-2185
4975935        +Sarpy County Attorney,    1210 Golden Gate Dr # 3147,    Papillion, NE 68046-2889
4975937        +Sofi Lending Corp,    Attn: Bankruptcy,    375 Healdsburg Avenue Suite 280,
                 Healdsburg, CA 95448-4151
4975941         Zwicker   Asociates P.C.,    PO box 101145,    Birmingham, AL 35210-6145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sam.turco@samturcolawoffices.com Aug 05 2019 22:28:38      Samuel J. Turco, Jr.,
                 Sam Turco Law Offices,    3006 South 87th Street,    Omaha, NE  68124
tr             +EDI: BJAOVERCASH Aug 06 2019 02:38:00      James A. Overcash,    James A. Overcash,Trustee,
                 301 South 13th Street, Ste 500,    Woods & Aitken LLP,    Lincoln, NE 68508-2546
4975921        +EDI: AMEREXPR.COM Aug 06 2019 02:38:00      Amex,    Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
4975920         EDI: CBSAAFES.COM Aug 06 2019 02:38:00      AAFES,    Attn: Bankruptcy,   Po Box 650060,
                 Dallas, TX 75265
4975923        +EDI: CAPITALONE.COM Aug 06 2019 02:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
4975924        +EDI: CHASE.COM Aug 06 2019 02:38:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
4975926         EDI: DISCOVER.COM Aug 06 2019 02:38:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
4975927        +E-mail/Text: bankruptcy@gatewayloan.com Aug 05 2019 22:29:52      Gateway Mortgage Grp,
                 Attn: Bankruptcy Dept.,    244 S Gateway Place,    Jenks, OK 74037-3460
4975929         EDI: IRS.COM Aug 06 2019 02:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
4975930         E-mail/Text: camanagement@mtb.com Aug 05 2019 22:29:49      M   T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
4975931         E-mail/Text: Rev.BNC@nebraska.gov Aug 05 2019 22:28:40      Nebraska Department Of Revenue,
                 Attn: Bankruptcy Unit,    PO Box 94818,    Lincoln, NE 68509-4818
4975932        +E-mail/Text: bankruptcy@nfm.com Aug 05 2019 22:29:50      Nebraska Furniture Mart,
                 Attn: Collections,    Po Box 2335,    Omaha, NE 68103-2335
4975933         E-mail/Text: bkrgeneric@penfed.org Aug 05 2019 22:29:14      Pentagon Federal Credit Union,
                 Attn: Bankruptcy,    Po Box 1432,    Alexandria, VA 22313
4975934        +EDI: RESURGENT.COM Aug 06 2019 02:38:00      Resurgent Capital Services,    PO Box 10497,
                 Greenville, SC 29603-0497
4975936         E-mail/Text: treasnotice@sarpy.com Aug 05 2019 22:28:40      Sarpy County Treasurer,
                 1210 Golden Gate Dr # 1127,    Papillion, NE 68046
4975938         EDI: TFSR.COM Aug 06 2019 02:38:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
                 Po Box 8026,    Cedar Rapids, IA 52409
4975939        +EDI: USAA.COM Aug 06 2019 02:38:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
                 10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4975940*       +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                 San Antonio,, TX 78288-1600
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0867-8          User: autodocke           Page 2 of 2              Date Rcvd: Aug 05, 2019
                              Form ID: B309A            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michael David Bunting<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–4131 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Aprilbie Quizan Bunting<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8107 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Nebraska | Date case filed for chapter: | 7    8/2/19 |
| Case number: | 19–81146–SKH | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael David Bunting | Aprilbie Quizan Bunting |
| 2. | **All other names used in the last 8 years** | aka Mike Bunting, aka Michael D Bunting | aka Aprilbie Q Bunting |
| 3. | **Address** | 11274 S 117th Ave<br>Papillion, NE 68046 | 11274 S 117th Ave<br>Papillion, NE 68046 |
| 4. | **Debtor's attorney**<br>Name and address | Samuel J. Turco Jr.<br>Sam Turco Law Offices<br>3006 South 87th Street<br>Omaha, NE 68124 | Contact phone (402) 614–7171<br>Email: sam.turco@samturcolawoffices.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James A. Overcash<br>James A. Overcash,Trustee<br>301 South 13th Street, Ste 500<br>Woods & Aitken LLP<br>Lincoln, NE 68508 | Contact phone 402–437–8500 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy Clerk's Office Mailing Address** | Street Address<br>111 South 18th Plaza<br>Suite 1125<br>Omaha, NE 68102 | Office Hours:  8:00 – 4:30 |
|---|---|---|---|
| | Roman L. Hruska United States Courthouse<br>111 South 18th Plaza, Suite 1125<br>Omaha, NE 68102<br>View online at www.pacer.gov. | | Contact phone (402)661–7444<br><br>Date: 8/2/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 5, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Roman L. Hruska Courthouse, 111 South 18th Plaza, US Trustee Meeting Room, Omaha, NE 68102** |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge<br>  under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/4/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Abandonment of Assets** | Within 21 days after the § 341(a) meeting is held, the trustee will file with the court a list of property to be abandoned. If no objection to the list is filed within 40 days after the § 341(a) meeting is held, the property will be deemed abandoned without further action by the court. (To determine the date the § 341(a) meeting is actually held, interested parties may contact the office of the U.S. Trustee at (402) 221–4300). | |
| 14. | **Appointment of Trustee** | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. | |