Certificate Number: 03621-NE-DE-033304122

Bankruptcy Case Number: 19-81146



03621-NE-DE-033304122

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2019, at 7:38 o'clock PM EDT, Michael D Bunting completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nebraska.

Date: August 26, 2019      By:    /s/Frances Palenzuela

Name:  Frances Palenzuela

Title:  Credit Counselor